**Jose Arturo MANZANO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–72796.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Jose Arturo Manzano, Perris, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jose Arturo Manzano, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Vasquez–Zavala v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir.2003), and we deny the petition for review.

The agency correctly concluded that Manzano was statutorily ineligible for cancellation of removal because of his conviction for discharge of a firearm in a grossly negligent manner in violation of Cal.Penal Code § 246.3. *See* 8 U.S.C. § 1229b(b)(1)(C); *Valerio–Ochoa v. INS*, 241 F.3d 1092, 1095–96 (9th Cir.2001).

In light of our disposition, we do not reach Manzano's remaining contentions.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.